**SEALED CRIMINAL COMPLAINT**

VICTIM

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br><br>v.<br><br>DENNIS GILMAN<br>DOB: 1991; United States Citizen | DOCKET NO.<br>**SEALED**<br><br>MAGISTRATE'S CASE NO.<br>**18-05743 MJ** |

Complaint for violation of Title 18, United States Code §§ 2251(a) and (e)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Between December 17, 2017 and December 26, 2017, within the District of Arizona and elsewhere, the defendant, **DENNIS GILMAN**, employed, used, persuaded, induced, enticed and coerced a minor child to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported in interstate commerce; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
In early December 2017, a 14 year old minor (hereinafter "MV1") met Dennis GILMAN, on an Xbox Live game. At GILMAN's suggestion, he and MV1 arranged to exchange messages with each other via Facebook. MV1 told GILMAN he was 14 years old. Thereafter, GILMAN sent MV1 photographs of his penis and asked MV1 to send him naked photographs and videos of his "butt." A review of MV1's phone revealed multiple videos and photographs taken between December 25, 2017, at 11:30 p.m. and December 26, 2017, at 12:42 a.m., depicting MV1 exposing his buttocks, penis, and anus. A photograph of an adult male identified as GILMAN, was also found on MV1's phone. This photograph had a time stamp of December 25, 2017, at 9:31:33 p.m. A second photograph on MV1's phone with a time stamp of December 26, 2017, at 12:29:04 a.m., depicted what appeared to be an adult male taking a photograph of his own penis. MV1 advised that "Dennis" (GILMAN) had sent him a photograph of his penis via Facebook Messenger. A review of GILMAN'S Facebook account revealed photographs of MV1, including multiple photographs of MV1, including photographs exposing MV1's buttocks, penis, and anus.
GILMAN told agents the Facebook account containing the above-described photographs belonged to him, and admitted to sending pornographic photographs of himself to a variety of people and receiving pornographic photographs of different individuals using this Facebook account, but denied knowingly exchanging images with minors.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>COMPLAINT REVIEWED by AUSA CCB<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*Bret Curtis*<br>OFFICIAL TITLE & NAME:<br>Special Agent Bret Curtis<br>Federal Bureau of Investigations |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* | **DATE**<br>April 9, 2018 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54

cc: USM (Orig + cc), AUSA, PTS                    Copies Distributed