# United States District Court
## for
## District of Arizona



☒ FILED  ☐ LODGED

DEC 17 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U. S. A. vs. Dennis Gilman
Docket No. 4:18-cr-00809-JAS-EJM-1
AUSA: Rebecca S. Garvey
Defense Attorney: Jay F. Crook

T-SEALED

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **JADE MCCAWLEY**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Dennis Gilman</u>, who was released by the Honorable Jacqueline M. Rateau sitting in the Court at Tucson, on the 25th day of May, 2018, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

Defendant shall participate in the Computer Monitoring Program as directed by the Pretrial Services Office and follow all rules and regulations of the program. Defendant will incur the cost of monitoring services as directed by Pretrial Services. Additional conditions of the Computer Monitoring Program are as follows:

> c. Defendant shall not possess or access any device which allows access to the Internet unless authorized by Pretrial Services.

Pretrial Services was contacted by the defendant's supervising U.S. Probation Officer for the Northern District of Ohio on December 17, 2021, reporting the defendant was terminated from his employment on December 13, 2021 and a subsequent search of his assigned workplace revealed the possession of three unauthorized cell phones in a toolbox, located in his workstation, with his name on the toolbox. In a follow-up discussion with the investigating Special Agent of the FBI Cleveland Division, further confirmation was obtained to the defendant's possession of the noted cell phones through interviews conducted with the defendant's employer.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

CC: USM,  Carin Duryee & Rebecca Garvey (AUSA), PTS, Probation

Page 2
RE: Dennis Gilman
December 17, 2021

_____  December 17, 2021
Jade McCawley                    **Date**
U.S. Pretrial Services Officer

**Reviewed by**

_____  December 17, 2021
Gabriel P. Gutierrez              **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 17 day of December, 2021, and ordered filed and made a part of the records in the above case.

_____
The Honorable JACQUELINE M. RATEAU
U.S. Magistrate Judge